**DANIMER SCIENTIFIC, LLC,**
Plaintiff–Appellant,

v.

**METABOLIX, INC., Defendant–Appellee.**

**No. 2011–1155.**

United States Court of Appeals, Federal Circuit.

Feb. 8, 2012.

## ON MOTION

### *ORDER*

Upon consideration of Danimer Scientific, LLC's "Request to Withdraw Appeal," which the court treats as a motion to voluntarily dismiss the appeal from *Danimer Scientific v. Metabolix,* case no. 10–CV–0102, (M.D.Ga.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.